**J. F. REICH, Doing Business as Automotive Products Company, Appellant, v. CHAMPION SPARK PLUG COMPANY.**

No. 11912.

Circuit Court of Appeals, Eighth Circuit.

Feb. 24, 1941.

Charles H. Thompson, Donald W. Johnson, and Charles V. Garnett, all of Kansas City, Mo., for appellant.

Wilber Owen and Carl F. Schaffer, both of Toledo, Ohio, and Arthur C. Brown, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 34 F.Supp. 414, dismissed at costs of appellant, on motion of appellee.

---

Harry M. RUNKLE, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 8395.

Circuit Court of Appeals, Sixth Circuit.

Jan. 10, 1941.

Arnold, Wright, Purpus & Harlor, of Columbus, Ohio, for petitioner.

Samuel O. Clark, Jr., J. P. Wenchel, Sewall Key, and Irving M. Tullar, all of Washington, D. C., for respondent.

PER CURIAM.

The parties hereto, through their respective counsel of record, having agreed to a compromise and settlement of the appeal taken herein, the terms of such compromise being set forth in the attached copy of the stipulation for remand with directions pursuant to agreement of parties, it is ordered that this cause, 39 B.T.A. 458, be and it hereby is remanded to the Board of Tax Appeals with directions to modify its decision and to enter an order in accordance with the parties' agreement in compromise providing that Harry M. Runkle has overpaid his income tax for the year 1931 in the sum of $10,644.30, and has overpaid interest (assessed and/or accrued) in connection therewith in the sum of $5,405.18, and that said amounts were paid after the mailing of the notice of deficiency and Harry M. Runkle is now entitled to the refund thereof, together with interest on said amounts as provided by law.

---

**SAGINAW TIMBER COMPANY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.**

No. 9740.

Circuit Court of Appeals, Ninth Circuit.

Feb. 10, 1941.

J. E. Stewart, of Aberdeen, Wash., for petitioner.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., of Washington, D. C., for respondent.

Before WILBUR, GARRECHT and MATHEWS, Circuit Judges.

PER CURIAM.

Upon motion of respondent, and consent thereto of counsel for petitioner, ordered petition to review herein dismissed for failure of petitioner to file record and docket cause; that a judgment be filed and entered accordingly, and that mandate of this court in this cause issue forthwith.